**RECEIVED**
AUG 1 0 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**RECEIVED**
IN LAKE CHARLES, LA
AUG 2 5 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN D. GOBERT | CIVIL ACTION |
| VERSUS | NO.: 05-0032-LC |
| N. BURL CAIN, Warden, La. State Pen. | SECTION: "P" |

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirement of *F.R.A.P., Rule 22(b)*, hereby finds that:

[ ] a certificate of appealability for an appeal is hereby GRANTED.

[X] a certificate of appealability for an appeal is hereby DENIED.

REASONS FOR DENIAL: _Petitioner has no legal basis for appeal._

Date: 8/24/05

United States District Judge